IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 91-276 |
| | ) | |
| v. | ) | |
| | ) | |
| M.D. RUTHELLEN D. WEEKS, | ) | Electronically Filed |
| | ) | |
| Defendant | ) | |

<u>PRAECIPE FOR APPEARANCE</u>

TO: Clerk of Court
United States District Court
Western District of Pennsylvania

Please enter my appearance on behalf of defendant United States of America in the above-captioned case. Please substitute my appearance for Mary McKeen Houghton, who is no longer assigned to this case.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


s/_____
MICHAEL COLVILLE
Assistant U.S. Attorney
Counsel for Plaintiff
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412) 894-7337
(412) 644-5870 - fax
Michael.Colville@usdoj.gov
PA56668